NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL A. ALSTON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3138

---

Petition for review of the Merit Systems Protection Board in No. DE844E120276-I-1.

---

**ON MOTION**

---

**O R D E R**

Michael A. Alston moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

ALSTON V. OPM                                                                2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21